IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA MICHELLE SHANNON, as Parent and on behalf of her minor child, CAMERON J. SHANNON,<br><br>Plaintiffs,<br><br>v.<br><br>APRIA HEALTHCARE, INC.,<br><br>Defendant. | Case No. 3:07-00185<br>Judge Nixon<br>Magistrate Judge Brown<br>JURY DEMAND |

## ORDER

The Court hereby **CONTINUES** the Pretrial Conference, scheduled for September 29, 2010 at 10:00 a.m., and the Jury Trial, scheduled for October 19, 2010 at 9:00 a.m., until resolution of Plaintiff's Second Motion to Remand (Doc. No. 53), Defendant's Motion to Dismiss with Prejudice or for Summary Judgment (Doc. No. 73), and all pleadings filed in response.

It is so ORDERED.

Entered this the \_\_\_27\_\_\_ day of September, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT